TIMOTHY M. BURGESS
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | FELON IN POSSESSION OF A |
| vs. | ) | FIREARM |
| | ) | Vio. of 18 U.S.C. §§ 922(g)(1) and |
| ROBERT E. JONES, | ) | 924(a)(2) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about March 30, 2005, in Anchorage, within the District of Alaska, the

defendant, ROBERT E. JONES, having previously been convicted of a crime punishable

by imprisonment for a term exceeding one year, to wit, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson .38 caliber revolver, Serial # 780694, all of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 64


s/ Timothy Burgess
TIMOTHY M. BURGESS
United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: tim.burgess@usdoj.gov


January 17, 2006
DATE