MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>ROBERT E. JONES</u>          CASE NO. <u>3:06-cr-00009-RRB</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>JOHN D. ROBERTS</u>

DEPUTY CLERK/RECORDER:          <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:          <u>FRANK RUSSO</u>

DEFENDANT'S ATTORNEY:          <u>MICHAEL DIENI – FRIEND OF THE COURT</u>

U.S.P.O.:          <u>PAULA MCCORMICK</u>

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD MARCH 22, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:02 p.m. court convened.

<u>X</u> Copy of Indictment given to defendant: read.

<u>X</u> Defendant advised of general rights.

<u>X</u> Defendant advised of charges and penalties.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name:<u> Same as above.</u>

<u>X</u> Financial Affidavit filed.
 <u>X</u> Federal Public Defender to appoint CJA counsel; FPD notified.

<u>X</u> Continued Arraignment on Indictment / Detention Hearing set
    for  **March 24, 2006 at 2:00 p.m.**

<u>X</u> Defendant detained. Order of Detention Pending Hearing **FILED.**

<u>X</u> OTHER:<u> Court and counsel heard re plaintiff's oral motion for </u>
<u>a detention hearing</u>; **GRANTED.**

At 4:15 p.m. court adjourned.


DATE:      <u>March 22, 2006</u>         DEPUTY CLERK'S INITIALS:    <u>ak</u>