MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ROBERT E. JONES             CASE NO. 3:06-cr-00009-RRB
 Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES ATTORNEY:          STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            THOMAS BURKE WONNELL

U.S.P.O.:                        PAULA MCCORMICK

PROCEEDINGS: CONTINUED ARRAIGNMENT ON INDICTMENT / DETENTION
             HEARING HELD MARCH 24, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:59 p.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant advised of general rights.  X Waived full advisement
                                           of rights.

 X Defendant advised of charges and penalties.

 X Defendant stated true name: Same as above.        Age: 25

 X PLEAS: Not guilty to counts 1 of the Indictment.

 X Defendant's detention continued.

 X Pretrial motions due **April 13, 2006**  ; Order for the
   Progression of a Criminal Case with Trial by Jury & Final
   Pretrial Date **FILED.**

 X Counsel advised of trial date: **May 1, 2006 at 8:30 a.m.** before
   U.S. District Judge Ralph R. Beistline. Final Pretrial
   Coference set for **April 25, 2006 at 1:45 p.m.**

 X OTHER: Court heard; parties to meet and confer by **March 31, 2006.** Court and counsel heard re defendant's oral motion to continue the detention hearing; **GRANTED.** Continued Detention Hearing set for **March 29, 2006 at 4:00 p.m.**

At 2:07 p.m. court adjourned.

DATE:     March 24, 2006         DEPUTY CLERK'S INITIALS:   ak