(Rev 10/05)

# LIST OF EXHIBITS

Case No. 3:06-CR-00009-RRB  Magistrate Judge/~~Judge~~: John D. Roberts

Title: U.S.A.

vs.

Robert Earl Jones, Jr.

Dates of Hearing/~~Trial~~: March 29, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | T. Burke Wonnell |
| | |
| | |

----------EXHIBITS----------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | x | 3/29 | Photo Gun | | | | |