T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Attorney for Defendant, Robert E. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-9-RRB |
| Plaintiff, ) | |
| ) | **NOTICE OF INTENT TO CHANGE PLEA** |
| VS. ) | |
| ROBERT E. JONES, ) | |
| Defendants. ) | |

COMES NOW Defendant Robert E. Jones, by and through undersigned CJA counsel, and hereby gives notice of his intent to change his plea to the sole count of the Indictment. Defendant respectfully requests that the Court calendar a hearing for this purpose at its earliest convenience.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

T. BURKE WONNELL
CJA Attorney for Robert E. Jones

s/ T. Burke Wonnell
2600 Denali St. Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
Fax: (907)278-8571
E-mail: tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were electronically mailed to:

Frank Russo, Esq.
222 W. 7th Ave. #9 Room 253
Anchorage, AK 99513-7567

this 18th day of April, 2006.


s/ T. Burke Wonnell_____