UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>   v.   <u> ROBERT E. JONES </u>

DATE:   <u> April 18, 2006 </u>        CASE NO.   <u> 3:06-CR-0009-RRB </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

Pursuant to Defendant's Notice of Intent to Change Plea at Docket 15, a change of plea hearing will be held on **Thursday, April 20, 2006, at 2:00 p.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING