DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:06-cr-009-RRB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | UNITED STATES SENTENCING |
| ROBERT E. JONES, ) | MEMORANDUM |
| ) | |
| Defendant. ) | |
| ) | |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **24 MONTHS**

**SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . . . . . . . . . **3 YEARS**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . **$100.00**

The United States Probation Office ("USPO") has prepared a presentence investigation report ("PSR") in this case. The government does not dispute the factual findings of the USPO.

## I.   BACKGROUND

On March 30, 2005, agents with the Drug Enforcement Administration executed a search warrant on the residence of Brian K. Brown, Jr. Agents recovered a TEK-9 semi-automatic rifle, a 9 mm. semiautomatic pistol, as well as 30 grams of crack and 70 grams of cocaine powder in the residence. While the agents were searching the apartment, the defendant arrived at the front door. Agents opened the door, identified themselves, and the defendant admitted he had a gun. Agents recovered a .38 caliber Smith and Wesson revolver from the defendant's waist. The defendant claimed he did not have any adult felony convictions, and the interstate criminal history system was not functioning, so agents were unable to verify the defendant's claim; they did, however, check for Alaska criminal history and found none. Agents later learned that the defendant had two felony convictions in the state of Washington. The defendant was subsequently indicted and arrested in March 2006. He pled guilty on April 29, 2006.

**II.   SENTENCING RECOMMENDATION**

    A.   <u>Application of the United States Sentencing Guidelines</u>

Pursuant to the charge to which the defendant pled, the maximum sentence that may be imposed on defendant is 10 years in prison, a $250,000 fine, 3 years supervised release, and a $100 special assessment. There is a mandatory minimum of five years in prison. The USPO has found that the defendant has an adjusted offense level of 12, and a criminal history category of IV. Accordingly, the defendant's sentencing range under the guidelines is 21 to 27 months.

    B.   <u>Application of 18 U.S.C. §3553(a)</u>

The United States submits that application of the factors set forth in 18 U.S.C. § 3553(a) supports a sentence within the guideline range of 21 - 27 months. The defendant, despite being only 25 years old, has amassed a significant criminal history. Moreover, the fact that the defendant, armed with a gun, showed up at a residence filled with drugs, guns, and money strongly suggests that he was involved in more than merely carrying a firearm. Indeed, one wonders what the defendant's sentencing range would have been had he showed up at the residence one hour earlier – before the agents executed a search warrant. Due to mere happenstance, the defendant faces roughly a two-year guideline sentence, whereas his friend Brian K. Brown, Jr., was recently sentenced to 195 months in prison. On

balance, a sentence in the middle of the guideline range is appropriate given the defendant's criminal history, the serious nature of the offense, and the defendant's early acceptance of responsibility. Accordingly, the United States recommends a sentence of 24 months in prison, 3 years supervised release, and a $100 special assessment.

RESPECTFULLY SUBMITTED this  30th  day of June, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Frank V. Russo
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West Seventh Avenue, #9, Room 253
> Anchorage, Alaska  99513-7567
> (907) 271-5071
> (907) 271-1500 (fax)
> Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January 3, 2006, via:

(X) Electronic case filing notice

Burke Wonnell, Esq.

Executed at Anchorage, Alaska, on June 30, 2006

s/ Frank V. Russo
Office of the U.S. Attorney