# United States District Court
## for the
## District of Alaska

Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Robert E. Jones, Jr.　　　　　　　　　　Case Number: 3:06-cr-009-RRB

Sentencing Judicial Officer:　　Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:　　July 7, 2008

Original Offense:　　Felon in Possession of a Firearm

Original Sentence:　　24 months imprisonment; 36 month term of supervised release

Date Supervision Commenced:　　January 4, 2008

Asst. U.S. Attorney: Frank Russo　　　　　　　　Defense Attorney: Burke Wonnell

*RECEIVED JUN 24 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK*

## PETITIONING THE COURT

[X]　To issue a warrant (the defendant is currently in custody on new criminal charges)
[ ]　To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about March 17, 2008, the defendant used cocaine. On March 21, 2008, the defendant admitted to consuming cocaine on or about March 17, 2008, and signed a voluntary admission. This violation is a Grade C violation. |
| 2 | The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about April 11, 2008, the defendant used cocaine. On April 11, 2008, the defendant provided a urine specimen that tested positive for cocaine metabolite. On or about April 17, 2008, Kroll Laboratories confirmed the defendant's drug test to be positive for cocaine. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
Name of Offender       :       Robert E. Jones, Jr.
Case Number            :       3:06-cr-009-RRB

| | |
|---|---|
| 3 | The defendant has violated Special Condition of Supervision 2, "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on or about May 29, 2008, the defendant was discharged from the Salvation Army Clitheroe Center outpatient substance abuse treatment program for non-attendance and non-compliance with program requirements.  This violation is a Grade C violation. |
| 4 | The defendant has violated Condition of Supervision "The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days or release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer," in that on or about June 2, 2008, the defendant failed to report for a scheduled drug test.  This violation is a Grade C violation. |
| 5 | The defendant has violated Condition of Supervision "The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days or release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer," in that on or about June 9, 2008, the defendant failed to report for a scheduled drug test.  This violation is a Grade C violation. |
| 6 | The defendant has violated Condition of Supervision "The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days or release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer," in that on or about June 12, 2008, the defendant failed to report for a scheduled drug test.  This violation is a Grade C violation. |
| 7 | The defendant has violated Condition of Supervision "The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days or release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer," in that on or about June 13, 2008, the defendant failed to report for a scheduled drug test.  This violation is a Grade C violation. |
| 8 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime," in that on or about June 19, 2008, the defendant committed the offense of Conspiracy to knowingly combine, conspire, confederate and agree with each other and others known and unknown, to possess with intent to distribute, cocaine, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all of which is contrary to and in violation of 21 U.S.C. § 846.  This violation is a Grade A violation. |

*Petition for Warrant or Summons*
*Name of Offender  :   Robert E. Jones, Jr.*
*Case Number       :   3:06-cr-009-RRB*

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]     Revoked
    [ ]     Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

Respectfully submitted,

**REDACTED SIGNATURE**
Timothy M. Astle
U.S. Probation/Pretrial Services Officer
Date: June 23, 2008

Approved by:

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[X]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.*

[ ]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]    Other:

# REDACTED SIGNATURE

---

Fv/ Ralph R. Beistline
U.S. District Court Judge

6-24-08

Date

---

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case Number: 3:06-cr-009-RRB |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| Robert E. Jones, Jr. | ) | |

I, Timothy M. Astle, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Robert E. Jones, Jr. , and in that capacity declare as follows:

On July 7, 2006, the Court imposed a 24-month sentence of imprisonment for Felon in Possession of a Firearm to be followed by three years of supervised release. On January 4, 2008, the defendant released from the Cordova Center Residential Reentry Center (RRC) to commence supervision in Anchorage.

On March 21, 2008, the defendant reported for a scheduled drug test and provided a urine specimen that tested positive for the presence of cocaine metabolite. The defendant admitted to using cocaine a few days prior and signed an admission. The defendant was referred to the Salvation Army Clitheroe Center for a substance abuse treatment assessment. On or about April 3, 2008, Kroll Laboratories confirmed the defendant's urine specimen to be positive for cocaine.

On April 11, 2008, the defendant reported for a scheduled drug test and provided a urine specimen that tested positive for the presence of cocaine metabolite. The defendant denied consuming any cocaine. On or about April 17, 2008, Kroll Laboratories confirmed the defendant's urine specimen was positive for cocaine.

On May 29, 2008, the defendant was discharged from the Salvation Army Clitheroe Center Enhanced Outpatient Treatment Program. The defendant was noted as failing to maintain compliance with program requirements including attendance (missing nine groups and two individual sessions) and continued cocaine use, having field tested positive for cocaine use on May 28, 2008. The defendant was discharged with a therapeutic recommendation for residential treatment (Akeela House).

Declaration in Support of Petition
*Robert Earl Jones, Jr. - 3:06-cr-009-RRB*

On June 2, 2008, the defendant failed to report to the probation office for a scheduled drug test.

On June 9, 2008, the defendant failed to report to the probation office for a scheduled drug test.

On June 12, 2008, the defendant failed to report to the probation office for a scheduled drug test.

On June 13, 2008, the defendant failed to report to the probation office for a scheduled drug test.

According to the Criminal Complaint in case 3:08-mj-0118-JDR, on June 18, 2008, investigators attached to a federal drug interdiction task force were alerted to a parcel that had been intercepted at the Federal Express regional hub in Anchorage. A State of Alaska warrant was secured (3AN-08-895SW) and the parcel was found to contain approximately five kilograms of cocaine. An additional warrant was then obtained (3AN-08-897SW) allowing investigators the ability to further the investigation by monitoring the parcel electronically and delivering the parcel to a recipient. The five kilograms of cocaine seized from the parcel was replaced with sham cocaine.

On June 19, 2008, the parcel was delivered to 7505 Boundary Drive, #84[1]. A male later identified as the defendant, Robert Earl Jones, Jr., answered the door and identified himself as "Steven Smith" to the undercover Federal Express driver. The defendant signed for the parcel as, "S. Smith." The defendant was then seen leaving the residence with the suspect parcel, entered a vehicle, and proceeded to 1284 Elegante Street, Anchorage. Upon arrival at the residence, the defendant exited the vehicle with the parcel in hand and entered the residence.

Within minutes, investigators were alerted electronically that the package had been opened and executed a contingency search warrant (3AN-08-897SW) and entered the residence to retrieve the parcel. Upon entering the residence, two subjects were found in or around the kitchen area, later identified as Calvin T. Dunbar, Jr., and Teonna L. Williams. Both subjects were detained and approximately two feet away from them were the five kilograms of sham cocaine (which had been completed removed from two boxes), garbage bags, duct tape, and spray insulation. The five kilograms were noted as being staked in an upright position completely exposed to everyone present.

The defendant, Robert Earl Jones, Jr. was observed hiding in the kitchen pantry on the floor. Theft detection powder, which had been placed on the sham cocaine and packaging, was found

---

[1]This address is not the defendant's reported residence and is unknown to the probation service.

Declaration in Support of Petition
*Robert Earl Jones, Jr. - 3:06-cr-009-RRB*

on all three suspects.

Investigators subsequently obtained an additional search warrant (3AN-08-906SW) authoring investigators to search 1284 Elegante Street, the location where the parcel had been opened. The execution of the warrant revealed the following; two small bags of marijuana, a plastic bag containing ecstasy, approximately one kilogram of cocaine, bulk currency in excess of $100,000 U.S. currency, digital scales, miscellaneous documents, a computer, two cell phones, and a second Federal Express parcel containing a larger amount of cocaine that appeared to have been delivered on June 18, 2008.

Executed this 23rd day of June, 2008, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED**
_____
Timothy M. Astle
U.S. Probation Officer