AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*RECEIVED JUN 24 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.*

UNITED STATES OF AMERICA

V.

Robert Earl Jones, Jr.

**WARRANT FOR ARREST**

Case Number: 3:06-cr-009-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Robert Earl Jones, Jr. _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☒ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
That on or about June 19, 2008, the defendant committed a new criminal offense in violation of the terms and conditions of his supervised release; to wit: the defendant committed the offense of Conspiracy to knowingly combine, conspire, confederate and agree with each other and others known and unknown, to possess with intent to distribute, cocaine, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all of which is contrary to and in violation of 21 U.S.C. § 846.

in violation of Title _____ United States Code, Section(s)

John W. Sedwick
~~Ralph R. Beistline~~
Name of Issuing Officer

U.S. District Court Judge
Title of Issuing Officer

REDACTED SIGNATURE
Signature of Issuing Officer

Anchorage
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

ANCHORAGE, AK

DATE RECEIVED: 6/24/08
DATE OF ARREST: 6/24/08

NAME AND TITLE OF ARRESTING OFFICER
U.S. Marshals D/AK
Randy M. Johnson

SIGNATURE OF ARRESTING OFFICER
For R. Snyder