MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ROBERT E. JONES JR. CASE NO. 3:06-CR-00009-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE: JOHN D. ROBERTS

DEPUTY CLERK/RECORDER: CAROLINE EDMISTON

UNITED STATES' ATTORNEY: JOSEPH BOTTINI

DEFENDANT'S ATTORNEY: NOT PRESENT

U.S.P.O.: TIM ASTLE

PROCEEDINGS: STATUS HEARING/INITIAL APPEARANCE ON PETITION TO
REVOKE SUPERVISED RELEASE (DKT 27) HELD 06/24/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:09 a.m. court convened.

X Copy of Petition to Revoke Supervised Release (DKT 27) given
to defendant: read.

X Defendant advised of general rights, charges and penalties.

X Initial Appearance on Petition to Revoke Supervised Release
(DKT 27) / Status of Counsel Hearing set for **June 24, 2008 at
2:00 p.m.** before Magistrate Judge Roberts.

X Order of Temporary Detention Pending Hearing **FILED.**

X OTHER: Court and counsel heard re defendant's intent to hire
private attorney.

At 11:17 a.m. court adjourned.

DATE: June 24, 2008    DEPUTY CLERK'S INITIALS: CME

Revised 6-18-07