**\*AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  ROBERT E. JONES JR.   CASE NO. 3:06-CR-00009-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             CAROLINE EDMISTON

UNITED STATES' ATTORNEY:           JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:              NOT PRESENT

U.S.P.O.:                          TIM ASTLE

PROCEEDINGS: STATUS HEARING/INITIAL APPEARANCE ON PETITION TO
             REVOKE SUPERVISED RELEASE (DKT 27) HELD 06/24/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:09 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release (DKT 27) given to defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Initial Appearance on Petition to Revoke Supervised Release (DKT 27) / Status of Counsel Hearing set for **\*June 25, 2008 at 2:00 p.m.** before Magistrate Judge Roberts.

 X Order of Temporary Detention Pending Hearing **FILED.**

 X OTHER: Court and counsel heard re defendant's intent to hire private attorney.

At 11:17 a.m. court adjourned.

**\*Amended Information.**

DATE:    June 26, 2008       DEPUTY CLERK'S INITIALS:    CME

Revised 6-18-07