```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   ROBERT E. JONES    CASE NO.  3:06-CR-00009-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:            JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

UNITED STATES' ATTORNEY:         JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:            LANCE WELLS, RETAINED

U.S.P.O.:                        TIM ASTLE

PROCEEDINGS: CONTINUED INITIAL APPEARANCE ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 27)/STATUS OF
             COUNSEL/DETENTION HEARING HELD 06/27/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 12:35 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release (DKT 27) given to defendant: waived reading.

 X Defendant advised of general rights, charges and penalties; Waived full advisement of rights.

 X Defendant DENIED Allegations 1-8 of the Petition to Revoke Supervised Release (DKT 27).

 X Waiver of Preliminary Examination **FILED.**

 X Consent to Proceed before U.S. Magistrate Judge **FILED.**

 X Detention uncontested.

 X Order of Detention Pending Trial **FILED.**

 X OTHER: Court and counsel heard re Mr. Well's intent to represent the defendant.  Court ordered Mr. Wells to file an Entry of Appearance as soon as possible.  Court Ordered Mr. Bottini to file a Status Report within 60 days.  Court ordered this case to trail 3:08-MJ-00118-01-JDR.

At 12:45 p.m. court adjourned.

DATE:      June 27, 2008       DEPUTY CLERK'S INITIALS:     CME

Revised 6-18-07