AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA   Anchorage

UNITED STATES OF AMERICA
V.

Robert E. Jones, Jr

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 3:06-CR-00009-RRB-JDR

I, Robert E. Jones, JR., charged in a ☐ complaint ☒ petition pending in this District with Conspiracy in violation of Title 21, U.S.C., Sec. 841(A)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☒ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☒ hearing.

_____
Defendant

6/27/2008
Date

_____
Counsel for Defendant