```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs.  ROBERT E. JONES, JR.    CASE NO. 3:06-CR-00009-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:       JOSEPH BOTTINI

DEFENDANT'S ATTORNEY:          NONE PRESENT

U.S.P.O.:                      TIM ASTLE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 27) HELD JUNE 25, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 4:04 p.m. court convened.

Copy of Petition to Revoke Supervised Release given to defendant: read.

Continued Initial Appearance on Petition to Revoke Supervised Release (DKT 27) set for **6/27/2008 at 12:30 p.m.**

Defendant's detention continued.

At 4:12 p.m. court adjourned.

DATE:       JUNE 26, 2008        DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07