NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>ROBERT E. JONES, JR.,  )<br>  )<br>            Defendant.  )<br>_____ ) | No. 3:06-CR-00009-01-RRB-JDR<br><br>NOTICE OF ATTORNEY<br>APPEARANCE |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Joseph W. Bottini now appears as counsel for the for United States of America in the above-entitled action. All future correspondence and pleadings in this matter should be sent to:

JOSEPH W. BOTTINI
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: joe.bottini@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Frank Russo now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 2nd day of July, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Joseph W. Bottini
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: joe.bottini@usdoj.gov

I hereby certify that on July 2, 2008
a copy of the foregoing was served electronically
on Lance Wells.

s/ Joseph W. Bottini
Assistant U.S. Attorney