NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00009-01-RRB-JDR |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | LATE FILED STATUS REPORT |
| ROBERT E. JONES, JR., | ) | |
| Defendant. | ) | |

COMES NOW the United States Of America, by and through undersigned counsel, and submits this Status Report to the court concerning further proceedings in this case.

The parties in this case had earlier indicated to the court that proceedings in this matter should trail the proceedings in Case No. 3:08-mj-00118-01-JDR.

See, Minutes of Proceedings at Docket No. 33, filed on June 27, 2008. The court agreed and entered an order to that effect. Id. The court directed the government to file a further Status Report within 60 days. Id.

In the meantime, the allegations set forth in the Criminal Complaint filed in Case No. 3:08-mj-00118-01-JDR were presented to the grand jury and an indictment was returned by the grand jury in Case No. 3:08-cr-00073-01-TMB.

The government overlooked the filing deadline for the Status Report in this matter and apologizes for any inconvenience as a result of this late filing.

Trial on the indictment filed in Case No. 3:08-cr-00073-TMB is now set for October 6, 2008. It is the governments position that any further proceedings on the Petition to Revoke Supervised Release filed in this case should continue to trail the trial set in Case No. 3:08-cr-00073-TMB.

RESPECTFULLY SUBMITTED this 5th day of September, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Joseph W. Bottini
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3668
Fax: (907) 271-1500
E-mail: joe.bottini@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008
a copy of the foregoing **LATE FILED
STATUS REPORT** was served electronically
on Lance Wells.


s/ Joseph W. Bottini
Assistant U.S. Attorney