NELSON P. COHEN
United States Attorney

KIMBERLY SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kim.sayers-fay@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROBERT E. JONES, JR.,<br><br>            Defendant. | )  No. 3:06-cr-00009-01-RRB-JDR<br>)<br>)<br>)<br>)<br>)  <u>NOTICE OF ATTORNEY</u><br>)  <u>APPEARANCE</u><br>)<br>)<br>) |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Kimberly Sayers-Fay now appears as counsel for the United States of America in the above-entitled action. All future correspondence and pleadings in this matter should be sent to:

KIMBERLY SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: kim.sayers-fay@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Joseph W. Bottini now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 5th day of September, 2008 at Anchorage, Alaska.

                              NELSON P. COHEN
                              United States Attorney

                              s/ Kimberly Sayers-Fay
                              KIMBERLY SAYERS-FAY
                              Assistant U.S. Attorney
                              Federal Building & U.S. Courthouse
                              222 West Seventh Avenue, #9, Rm. 253
                              Anchorage, Alaska  99513-7567
                              Phone: 907-271-5071
                              Fax: 907-271-1500
                              Email: kim.sayers-fay@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2008 a copy of the foregoing **NOTICE OF ATTORNEY APPEARANCE** was served electronically on Lance Wells.

s/ Kimberly Sayers-Fay
Assistant U.S. Attorney